JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON BULLARD AND APRIL BULLARD,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY F/K/A WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-09112-RGK-MAAx<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE  [38]<br><br>The Honorable R. Gary Klausner |

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice, hereby ORDERS that the case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees. The Court vacates all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

DATED: October 4, 2023

_____
Honorable. R. Gary Klausner
United States District Court Judge